# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-21-05091-GF-JTJ |
| Plaintiff, | VIOLATION: 9610473 |
| vs. | Location Code: M29 |
| CHANCE D. MATOON, | ORDER |
| Defendant. | |

Upon unopposed request of the United States, and for good cause shown, IT IS ORDERED that the defendant may appear telephonically at his initial appearance scheduled for March 4, 2021 at 9:00 a.m. (Mountain Time). Counsel for the United States will provide the Clerk of Court with the defendant's cell phone number for the Court to call the defendant for his initial appearance.

DATED this 22nd day of February, 2021.

_____
John Johnston
United States Magistrate Judge